DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MORGAN ALLEN ARMSTRONG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-350

_____

September 24, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Pasco County; Declan P. Mansfield, Judge.

PER CURIAM.

Affirmed.

VILLANTI, ATKINSON, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.